■ LEWIS STANTON, Respondent, v. HOLDER DRIV-UR-SELF, INC., Appellant.— Appeal dismissed, without costs, upon stipulation.

■ BOARD OF SUPERVISORS OF THE COUNTY OF MONROE et al., Respondents, v. SHERLO REALTY, INC., Appellant.— Motion to prosecute appeal on typewritten record and transcript filed in Monroe County Clerk's office denied.

■ JOHN DEERE COMPANY OF SYRACUSE, INC., Respondent, v. ROBERT D. HENRY, Appellant.— Motion to amend conditional order of March 29, 1962 denied.

■ In the Matter of AUSTIN F. HASSELBERG, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent.— Motion granted to prosecute appeal on original papers and five typewritten briefs.

■ In the Matter of OTTO W. WINTER, Petitioner, v. COMMISSIONER OF MOTOR VEHICLES.— Motion to vacate March 29, 1962 order of dismissal, or to amend same denied.

■ ERIE COUNTY BOARD OF SOCIAL WELFARE, Respondent, v. RICHARD TANYI, Appellant.— Motion granted and appeal dismissed.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. MARIO GUGINO. (David C. Berg, Esq.)   (B) THE PEOPLE OF THE STATE OF NEW YORK v. VINCENT ZAGARRIGO.   (David Yellen, Esq.) — [In each action] Motion granted to prosecute appeal on original papers, typewritten briefs, and counsel assigned.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS FERRIS, JOSEPH LEVIN, Appellants.— Motion granted and time for argument of appeal enlarged to include May 1962 Term. If, however, respondent is unable, with reasonable diligence, to file and serve a brief on or before April 26, 1962, such brief may be filed and served on or before June 15, 1962, in which latter event the case shall be argued at the September 1962 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM T. BARBOUR, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent. — Motion to prosecute appeal on original papers, and for other relief denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. NORMAN CHURCH, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Motion to prosecute appeal on original papers, and for other relief denied. (See People ex rel. Maconi v. Murphy, 11 A D 2d 1095.)

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES V. TANGREDI, Appellant.   (B) WILLIAM G. ROBY, Plaintiff, v. CITY OF WATERTOWN, Defendant.   CITY OF WATERTOWN, Third-Party Plaintiff-Appellant, v. NIAGARA MOHAWK POWER CORPORATION, Third-Party Defendant-Respondent, and NEW YORK TELEPHONE COMPANY, Third-Party Defendant.   (C) WILLIAM G. ROBY, Plaintiff, v. CITY OF WATERTOWN, Defendant.   CITY OF WATERTOWN, Third-Party Plaintiff-Appellant, v. NIAGARA MOHAWK POWER CORPORATION, Third-Party Defendant, and NEW YORK TELEPHONE COMPANY, Third-Party Defendant-Respondent.   (D) UNION NATIONAL BANK, Respondent, v. SIGNORE TOOL & DIE CO., INC., et al., Appellants, and BURRELL METAL PRODUCTS CORP., Respondent.— [In each action] Order of dismissal for failure to prosecute entered pursuant to rule X of the Rules of the Appellate Division, Fourth Department.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT A. CIFFA, Appellant.— Order of substitution of attorneys entered.   (James S. Fanning, Esq., for John J. Mahon, Esq.).

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS WILLIAMMEE, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. — Order of substitution of attorneys entered.   (George N. Van Fleet, Esq., for John B. Vita, Esq.).